IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMSEY RANDALL,<br><br>              Plaintiff,<br><br>   v.<br><br>THE COUNTY OF BERKS,<br>PENNSYLVANIA et al.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 14-5091 |

## **ORDER**

**AND NOW**, this 24th day of August 2015, it is **ORDERED** that Defendants' Motions to Dismiss (Doc. Nos. 44, 45) are **GRANTED**. All other outstanding Motions are **DENIED AS MOOT**. The Clerk of Court shall close this case for statistical purposes.

                                                              BY THE COURT:


                                                              /s/ Joel H. Slomsky<br>
                                                              JOEL H. SLOMSKY, J.